No. 04–5393. Stokes v. Crosby, Secretary, Florida Department of Corrections, et al., *ante*, p. 897. Motion for leave to file petition for rehearing denied.

## January 12, 2005

No. 04–403. Haberman v. City of Long Beach, New York, et al. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari dismissed under this Court's Rule 46.

## January 14, 2005

No. 04–5462. Rompilla v. Beard, Secretary, Pennsylvania Department of Corrections. C. A. 3d Cir. [Certiorari granted, 542 U. S. 966.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–1230. American Trucking Assns., Inc., et al. v. Michigan Public Service Commission et al. Ct. App. Mich. Motions of Chamber of Commerce of the United States of America and National Private Truck Council et al. for leave to file briefs as *amici curiae* granted. Certiorari granted limited to the following question: "Whether the $100 fee upon vehicles conducting intrastate operations violates the Commerce Clause of the United States Constitution." *

No. 03–1234. Mid-Con Freight Systems, Inc., et al. v. Michigan Public Service Commission et al. Ct. App. Mich. Certiorari granted limited to the following question: "Whether the $100 fee upon vehicles operating solely in interstate commerce is preempted by 49 U. S. C. § 14504." ■